BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| JAZZ MARRIE RAYMOND, | ) | Case No. 2:13-cv-02033-JAM-CMK |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by 14 days from May 5, 2014 to May 19, 2014.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time to

further review the file and prepare a response in this matter due to a scheduling conflict.

             Respectfully submitted,

Dated: May 2, 2014      */s/ Ann Cerney*
             ANN CERNEY
             (Authorized via Email on 5/2/14)
             Attorney for Plaintiff

Dated: May 2, 2014      BENJAMIN B. WAGNER
             United States Attorney
             DONNA L. CALVERT
             Acting Regional Chief Counsel, Region IX
             Social Security Administration

          By: */s/ Donna W. Anderson*
             DONNA W. ANDERSON
             Special Assistant United States Attorney
             Attorneys for Defendant

IT IS SO ORDERED:

Dated:  May 14, 2014                       
                  CRAIG M. KELLISON
                  UNITED STATES MAGISTRATE JUDGE