Shellie Lott, SBN:   246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZZ MARRIE RAYMOND , <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> Defendant. | No.  2:13-cv-02033-CMK <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 9, 2014, by thirty days, to the new response date of July 9, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

1  DATED: June 9, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney
2                                         DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
3

4

5  */s/ Shellie Lott*                     */s/ Theophous Reagans for Donna W. Anderson*
   SHELLIE LOTT,                           DONNA W. ANDERSON,
6  Attorney for Plaintiff                  (As authorized via E-mail on 06/09/14)
                                           Special Assistant U S Attorney
7                                          Attorneys for Defendant

2

Shellie Lott, SBN: 246202

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California 95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZZ MARRIE RAYMOND,<br><br>             Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>             Defendant. | No.  2:13-cv-02033-CMK<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO  REPLY TO DEFENDANT'S CROSS-MOTION  FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply on or before July 9, 2014.

SO ORDERED.

Dated: June 17, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

3